IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **OASIS RESEARCH, LLC,** | |
| Plaintiff, | Civil Action No. 4:10cv435 |
| v. | JURY TRIAL DEMANDED |
| **ADRIVE LLC,** <br> **AT&T INC.,** <br> **CARBONITE, INC.,** <br> **DRIVE HEADQUARTERS INC.,** <br> **EMC CORP.,** <br> **DECHO CORP.,** <br> **IOMEGA CORP.,** <br> **GODADDY.COM, INC.,** <br> **IRON MOUNTAIN INC.,** <br> **IRON MOUNTAIN INFORMATION** <br>     **MANAGEMENT, INC.,** <br> **NETMASS, INC.,** <br> **NIRVANIX, INC.,** <br> **OFFICEWARE CORP.** <br>     **d/b/a/ FILESANYWHERE.COM,** <br> **PRO SOFTNET CORP.,** <br> **RACKSPACE HOSTING, INC.,** <br> **RACKSPACE US, INC.,** <br> **JUNGLE DISK, LLC,** <br>     and <br> **SOFTLAYER TECHNOLOGIES, INC.** <br><br> Defendants. | |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel hereby certifies that Oasis Research, LLC has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Oasis Research, LLC.

DATED:   August 31, 2010							Respectfully submitted,

/s/ John M. Desmarais
John M. Desmarais
jdesmarais@desmaraisllp.com
Lead Attorney
Alan S. Kellman
akellman@desmaraisllp.com
Tamir Packin
tpackin@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401

*Lead Counsel for Plaintiff*
*OASIS RESEARCH, LLC*


And


By:/s/ James C. Tidwell
     James C. Tidwell
     State Bar No. 20020100

WOLFE, TIDWELL & MCCOY, LLP
123 North Crockett Street, Suite 100
Sherman, Texas 75090
(903) 868-1933 (Telephone)
(903) 892-2397 (Facsimile)

*Local Counsel for Plaintiff*
*OASIS RESEARCH, LLC*