**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:10-CV-435-MHS-ALM |
| ADRIVE LLC; AT&T INC.; CARBONITE, INC.; DRIVE HEADQUARTERS INC.; EMC CORP.; DECHO CORP.; IOMEGA CORP.; GODADDY.COM, INC.; IRON MOUNTAIN, INC.; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; NETMASS, INC.; NIRVANIX, INC.; OFFICEWARE CORP. d/b/a/ FILESANYWHERE.COM; PRO SOFTNET CORP.; RACKSPACE HOSTING, INC.; RACKSPACE US, INC.; JUNGLE DISK, LLC; and SOFTLAYER TECHNOLOGIES, INC. | § § § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**DEFENDANTS EMC CORP., DECHO CORP., AND IOMEGA CORP.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendants EMC Corp., Decho Corp. and Iomega Corp. in the above captioned action, by and through its attorneys hereby disclose the following:

1. EMC Corp. does not have a parent corporation, and no publicly traded company owns more than 10% of EMC Corp's stock;

2. Decho Corp. is a wholly owned subsidiary of EMC Corp.; and

3. Iomega Corp. is a wholly owned subsidiary of EMC Corp.

Dated:  November 15, 2010

By:     */s/* I. Neel Chatterjee
Eric H. Findlay (Texas Bar No. 00789886)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

Chris R. Ottenweller (*admission being sought*)
 *LEAD ATTORNEY*
I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  650-614-7400
Facsimile:  650-614-7401
cottenweller@orrick.com
nchatterjee@orrick.com

Daniel N. Kassabian (*admission being sought*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-4298
Facsimile:  (415) 773-5759
dkassabian@orrick.com

Christopher A. Hivick (*admission being sought*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
chivick@orrick.com

*Of counsel:*
William Clark, Esq.
Krish Gupta, Esq.
EMC CORPORATION
176 South Street
Hopkinton, MA 01748

Attorneys for Defendants
EMC CORP., DECHO CORP.,
AND IOMEGA CORP

**CERTIFICATE OF SERVICE**

  This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and first class mail, return receipt requested.

  Dated:  November 15, 2010            */s/* I. Neel Chatterjee