# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC | § | |
| | § | |
| v. | § | Case No. 4:10-CV-435 |
| | § | Judge Schneider/Judge Mazzant |
| ADRIVE, LLC, ET. AL. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 23, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Carbonite, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. #96) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Carbonite, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. #96) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 25th day of July, 2011.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE