# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| OASIS RESEARCH, LLC | § | |
| | § | |
| v. | § | Case No. 4:10-CV-435 |
| | § | Judge Schneider/Judge Mazzant |
| ADRIVE, LLC, ET. AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 23, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant GoDaddy.com, Inc.'s Motion for Transfer of Venue to the District of Arizona, or in the Alternative, for Dismissal of Claims Against Go Daddy for Lack of Jurisdiction and Improper Venue[1] (Dkt. #104) should be denied.

The Court, having made a *de novo* review of Go Daddy's objections, as well as Plaintiff's response to Go Daddy's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant GoDaddy.com, Inc.'s Motion for Transfer of

---

[1] The Court addressed Defendant GoDaddy.com's transfer of venue argument in conjunction with Go Daddy's Motion to Dismiss for Misjoinder (Dkt. #138). Here, the Court addresses only the personal jurisdiction arguments.

Venue to the District of Arizona, or in the Alternative, for Dismissal of Claims Against Go Daddy for Lack of Jurisdiction and Improper Venue (Dkt. #104) is **DENIED**.

    **It is SO ORDERED.**

    **SIGNED this 25th day of July, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE