**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:10-cv-00435 |
| AT&T CORP., ET AL., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

**PARTIES' JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**
**PURSUANT TO P.R. 4-3**

Pursuant to P.R. 4-3 and the First Amended Scheduling/Docket Control Order, as

amended, the parties hereby submit this Joint Claim Construction and Prehearing Statement.


I.      JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

**(a) The construction of those claim terms, phrases, or clauses on which the parties**
**agree;**

| Term | Construction |
|---|---|
| "Internet" (e.g., '354 patent, claim 1; '228 patent, claim 3; '943 patent, claim 1; '051 patent, claim 9) | a worldwide network of computers connected together |
| "customer's access to the online service" ('228 patent, claim 1) | the date and time at which the customer signs on and signs off to the online service |
| "based on . . . (i) the relationship established in step (a)" ('228 patent, claim 1; '943 patent, claim 1) | based on the type and amount of storage and access selected by the customer |

**(b) Each party's proposed construction of each disputed claim term, phrase, or**

**clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses;**

*See* Exhibit A for the parties' claim construction positions without supporting evidence.

*See* Exhibit B for Plaintiff's claim construction positions with intrinsic and extrinsic supporting evidence.

*See* Exhibit C for Defendants' claim construction positions with intrinsic and extrinsic supporting evidence.

**(c) The anticipated length of time necessary for the Claim Construction Hearing;**

Pursuant to the current Scheduling Order, claim construction is scheduled for January 17-18, 2012.

**(d) Whether any party proposes to call one or more witnesses, including experts, at the Claim Construction Hearing, the identity of each such witness, and for each expert, a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert;**

None of the Parties currently expect to call any witnesses at the claim construction hearing.

**(e) A list of any other issues which might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing, and proposed dates, if not previously set, for any such prehearing conference.**

The Parties are not aware of any other issues at this time that might be appropriately addressed at a prehearing conference prior to the Claim Construction Hearing.

/s/ Tamir Packin
John M. Desmarais (admitted pro hac vice)
jdesmarais@desmaraisllp.com
Alan S. Kellman (admitted pro hac vice)
akellman@desmaraisllp.com
Tamir Packin (admitted pro hac vice)
tpackin@desmaraisllp.com
Dmitriy Kheyfits (admitted pro hac vice)
dkheyfits@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

LEAD COUNSEL FOR PLAINTIFF
OASIS RESEARCH, LLC

James C. Tidwell
Texas State Bar No. 20020100
jct@wtmlaw.net
WOLFE, TIDWELL & MCCOY, LLP
320 N. Travis, Suite 205
Sherman, Texas 75090
(903) 868-1933 (Telephone)
(903) 892-2397 (Facsimile)

LOCAL COUNSEL FOR PLAINTIFF
OASIS RESEARCH, LLC

/s/  Phillip B. Philbin
Phillip B. Philbin
Texas State Bar No. 15909020
phillip.philbin@haynesboone.com
Theodore G. Baroody
ted.baroody@haynesboone.com
Texas State Bar No. 01797550
Don E. Tiller
Texas State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

Clyde M. Siebman
State Bar No. 18341600
SIEBMAN, BURG, PHILLIPS, and SMITH
L.L.P.
421 N. Crockett
Sherman, Texas  75090
Tel: (903) 870-0070
Fax: (903) 870-0066

ATTORNEYS FOR DEFENDANTS, AT&T CORP.
AND SBC INTERNET SERVICES, INC.

/s/  Chris R. Ottenweller
Chris R. Ottenweller
California Bar No. 73649
cottenweller@orrick.com
I. Neel Chatterjee
California Bar No. 173985
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE,
LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  650-614-7400

Facsimile:  650-614-7401

Stacy B. Margolies
California Bar No. 202360
smargolies@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE,
LLP
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  202-339-8400
Fax:  202-339-8500

Eric H. Findlay
Texas Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone:  903-534-1100
Fax:  903-534-1137
efindlay@findlaycraft.com

ATTORNEYS FOR DEFENDANTS EMC
CORP., DECHO CORP., AND IOMEGA
CORP.


          /s/  Bijal V. Vakil
Bijal V. Vakil
California Bar No. 192878
bvakil@whitecase.com
Shamita D. Etienne-Cummings
California Bar No. 202090
setienne@whitecase.com
White & Case LLP
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Telephone:  650-213-0300
Facsimile:  650-213-8158

Robert Christopher Bunt
Texas Bar No. 00787165
rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114

Tyler, TX 75702
Telephone:  903-531-3535
Facsimile:  903-533-9687

ATTORNEYS FOR DEFENDANTS IRON
MOUNTAIN INCORPORATED AND IRON
MOUNTAIN INFORMATION
MANAGEMENT, INC.


_____ /s/  Matthew Lowrie_____
Matthew Lowrie (pro hac vice)
mlowrie@foley.com
Kevin M. Littman (pro hac vice)
klittman@foley.com
FOLEY & LARDNER LLP
111 Huntington Ave
Boston, MA 02199
Telephone:  617-342-4000
Fax:  617-342-4001

Andy Tindel
Texas Bar No. 20054500
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, L.L.P.
112 East Line Street, Suite 304
Tyler, TX  75702
Telephone:  903-596-0900
Fax:  903-596-0909

ATTORNEYS FOR DEFENDANT
CARBONITE, INC.


_____ /s/  Ketan S. Vakil_____
Ketan S. Vakil (pro hac vice)
California Bar No. 191043
kvakil@swlaw.com
Elizabeth M. Weldon (pro hac vice)
California Bar No. 223452
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626

Telephone:  714-427-7000
Fax:  714-427-7799

ATTORNEYS FOR DEFENDANT PRO
SOFTNET CORPORATION


_____/s/  Brian W. LaCorte_____
Brian W. LaCorte (pro hac vice)
lacorteb@ballardspahr.com
BALLARD SPAHR LLP
One East Washington Street, Suite
2300
Phoenix, Arizona 85004
Telephone:  602-798-5449
Fax:  602-798-5595

Roger D. Sanders
Texas Bar No. 17604700
roger.sanders@somlaw.net
J. Michael Young
Texas Bar No. 00786465
myoung@somlaw.net
SANDERS, O'HANLON & MOTLEY
PLLC
111 South Travis Street
Sherman, TX 75090
Telephone:  903-892-9133
Fax:  903-892-4302


ATTORNEYS FOR DEFENDANT
GODADDY.COM, INC.


_____/s/  Thomas Gerald Jacks_____
Thomas Gerald Jacks
Texas Bar No. 24067681
tjacks@chalkerflores.com
Scott A. Meyer
Texas Bar No. 24013162
smeyer@chalkerflores.com
CHALKER FLORES, LLP
14951 North Dallas Parkway, Suite

400
Dallas, Texas 75254
Telephone:  214-866-0001
Fax:  214-866-0010

ATTORNEYS FOR DEFENDANT
OFFICEWARE CORP. D/B/A FILES
ANYWHERE.COM


_____*/s/  Greg H. Parker*_____
Greg H. Parker
Texas Bar No. 24011301
greg.parker@hittgaines.com
Heidi H. Parker
Texas Bar No. 24013295
heidi.parker@hittgaines.com
HITT GAINES, P.C.
P.O. Box 832570
Richardson, TX 75083
Telephone:  972-480-8800
Fax:  972-480-8865

ATTORNEYS FOR DEFENDANT
NIRVANIX, INC.


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the forgoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 2nd day of November, 2011.


/s/  Tamir Packin_____