IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § | |
| Plaintiff, | § § | Case No. 4:10-cv-00435-MHS-ALM |
| v. | § § | |
| AT&T Corp., et al, | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § § § | |

**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN CLAIM CONSTRUCTION DEADLINES**

CAME ON FOR HEARING the Joint Motion to Extend Certain Claim Construction Deadlines. The Court has considered the briefing of the parties and has decided to grant the motion.

It is, hereby, ORDERED that the First Amended Scheduling/Docket Control Order (Docket # 205) as amended, is modified as follows:

(1) Deadline to file response to Claim Construction brief (P.R. 4-5(b)):  December 5, 2011;

(2) Deadline to file Motion for Summary Judgment of Indefiniteness:  December 5, 2011;

(3) Deadline to file reply to Claim Construction brief (P.R. 4-5(c)):  December 21, 2011;

(4) Deadline to file response to Motion for Summary Judgment of Indefiniteness:  December 21, 2011;

(5) Deadline to file reply to Motion for Summary Judgment of Indefiniteness:  January 5, 2012; and

(6) Deadline to file Claim Construction chart (P.R. 4-5(d)):  January 5, 2012.