IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § § | |
| Plaintiff, | § § | Case No. 4:10-cv-00435-MHS-ALM |
| v. | § § § | |
| AT&T CORP., et al, | § § § | |
| Defendants. | § § § § § | |

## JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER

The parties, through their undersigned counsel, hereby stipulate and agree to the Court's entry of the proposed protective order filed herewith (the "Proposed Order"), with the exception of the following disputed provision.

One provision in the Proposed Order remains in dispute. This provision is found in Paragraph 35 and is shown by a redlined insert. Defendants propose this language in connection with potential re-examination of the patents-in-suit. Plaintiff objects to this language. The parties' respective positions on this issue are provided below. The parties respectfully request a ruling by the Court.

**Defendants' position:**

Defendants believe that Plaintiff's attorneys who access technical materials designated "Highly Confidential – Attorneys' Eyes Only" should not be permitted to participate in reexamination proceedings. It would be impossible for those attorneys to separate their own ideas from the information obtained from highly confidential materials, as necessary to prevent

inadvertent disclosure. This issue was recently addressed in the Northern District of Ohio, which held as follows:

> Upon review, the Court finds that attorneys who access AEO technical materials will not be permitted to participate in reexamination proceedings. The Court finds that it would be nearly impossible for attorneys viewing technical AEO materials to separate out the information obtained from such materials with their own ideas. As a result, there is a high risk for inadvertent disclosure. This is particularly true when the reexamination proceedings relate to the patents-in-suit. Attorneys involved in patent litigation spend a great deal of time immersed in the technical aspects of the claims at issue. This time, together with access to AEO technical materials, further exacerbates the risk of inadvertent disclosure.

*Datatrak Int'l, Inc. v. Medidata Solutions, Inc.*, 2011 U.S. Dist. LEXIS 92886, *9 (N. D. Ohio, Aug. 2011).

AT&T requests oral argument in the event the Court is not inclined to include the disputed language regarding reexaminations in the Patent Prosecution bar since AT&T proprietary technical information for three separate products (Synaptic Storage as a Service, Backup and Go, and Remote Vault) would be at risk of an irrevocable disclosure to potential reexam counsel.

**Plaintiff's position:**

Defendants have failed to carry their burden of showing good cause for the issuance of the reexamination bar that they seek to impose unilaterally on outside counsel for Oasis, but not on any other outside counsel in the case. *Cf. In re Deutsche Bank Trust*, 605 F.3d 1373, 1378 (Fed. Cir. 2010) ("A party seeking a protective order carries the burden of showing good cause for its issuance. The same is true for a party seeking to include in a protective order a provision effecting a patent prosecution bar."). Because the patents-in-suit are not currently in reexamination, Defendants' request is premature and should be denied as such. Defendants'

additional provision also is not necessary because all parties' designated information is protected under the current provisions of the protective order, specifying that designated confidential information may be used only for purposes of the current litigation.

Moreover, should a reexamination be filed, Defendants' requested provision creates an undue burden on Oasis that would require Oasis to defend its patents in two separate venues with two teams of attorneys who are not permitted to coordinate their efforts. For that reason, courts in the Eastern District of Texas have specifically permitted outside litigation counsel to communicate with and advise reexamination counsel. *See, e.g., Mirror Worlds, LLC v. Apple, Inc.*, 2009 WL 2461808 (E.D. Tex. Aug. 11, 2009); *Document Generation Corp. v. Allscripts, LLC*, 2009 WL 1766096 at *2 (E.D. Tex. June 23, 2009).

To the extent the Court is inclined to grant Defendants' reexamination bar, Oasis respectfully requests oral argument on this issue because granting such a bar will deprive Oasis of its right to choose its own counsel to the tactical advantage of Defendants.

Dated: December 1, 2011

By: /s/ Tamir Packin
John S. Desmarais admitted *pro hac vice*
jdesmarais@desmaraisllp.com
Alan Kellman, admitted *pro hac vice*
Akellman@desmaraisllp.com
Tamir Packin, admitted *pro hac vice*
Tpackin@desmaraisllp.com
Dmitriy Kheyfits, admitted *pro hac vice*
dkheyfits@demaraisllp.com
Desmarais LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 351-3400
Fax: (212) 351-3401

James C. Tidwell
Texas Bar No. 20020100

- 4 -

        jct@wtmlaw.com
        32 North Travis, Suite 205
        Sherman, Texas 75090
        Telephone:  (903) 868-1933
        Fax:  (903) 892-2397

        Attorneys for Plaintiff
        Oasis Research, LLC

By:   /s/ Theodore G. Baroody
        Phillip B. Philbin
        Texas State Bar No. 15909020
        Phillip.philbin@haynesboone.com
        Theodore G. Baroody
        Texas State Bar No. 01797550
        Ted.baroody@haynesboone.com
        Don E. Tiller
        Texas Bar No. 24066197
        don.tiller @haynesboone.com
        Haynes and Boone, L.L.P.
        2323 Victory Avenue, Suite 700
        Dallas, TX  75219
        Telephone:  (214) 651-5000
        Fax:  (214) 651-5940

        Clyde M. Siebman
        Texas Bar No. 18341600
        Siebman, Burg, Phillips and Smith, LLP
        421 N. Crockett
        Sherman, Texas 75090
        Telephone:  (903) 870-0070
        Fax:  (903) 870-0066

        Attorneys for Defendant AT&T, Corp.,
        and SBC Internet Services, Inc. d/b/a
        Internet Services


By:   /s/ Kevin Littman
        Matthew Lowrie (pro hac vice)
        mlowrie@foley.com
        Kevin M. Littman (pro hac vice)
        klittman@foley.com
        FOLEY & LARDNER LLP
        111 Huntington Ave
        Boston, MA 02199

          Telephone: (617) 342-4000
          Fax: (617) 342-4001

          Andy Tindel
          Texas Bar No. 20054500
          atindel@andytindel.com
          Provost Umphrey Law Firm, LLP
          112 East Line Street, Suite 304
          Tyler, Texas 75702
          Telephone: (903) 596-0900
          Fax; (903) 596-0909

          Attorneys for Defendant Carbonite, Inc.


By:   /s/ Stacy B. Margolies
  Chris R. Ottenweller – Lead Attorney
  California Bar No. 73649
  cottenweller@orrick.com
  I. Neel Chatterjee
  California Bar No. 173985
  nchatterjee@orrick.com
  Teri H.P. Nguyen
  California Bar No. 267498
  tnguyen@orrick.com
  Orrick, Herrington & Sutcliffe, LLP
  1000 Marsh Road
  Menlo Park, CA 94025
  Telephone: (650) 614-7400
  Fax: (650) 614-7401

  Stacy B. Margolies
  California Bar No. 202360
  smargolies@orrick.com
  Orrick, Herrington & Sutcliffe, LLP
  1152 15th Street, N.W.
  Washington, DC 20005-1706
  Telephone: (202) 339-8400
  Fax: (202) 339-8500

  Eric H. Findlay
  Texas Bar No. 00789886
  efindlay@findlaycraft.com
  6760 Old Jacksonville Hwy, Suite 101
  Tyler, Texas 75703

        Telephone:  (903) 534-1100
        Fax: (903) 534-1137

        Attorneys for Defendants EMC Corp.,
        DECHO Corp., and IOMEGA Corp.


By:    /s/ Brian  W. LaCorte
    Brian W. LaCorte Admitted *pro hac vice*
    Arizona Bar No. 012237
    lacorteb@ballardspahr.com
    Ballard Spahr LLP
    1 East Washington Street, Suite 2300
    Phoenix, AZ  85004-2555
    Telephone: (602) 798-5449
    Fax: (602) 798-5595

    Roger G. Sanders
    Texas Bar No. 17604700
    roger.sanders@somlaw.net
    J. Michael Young
    Texas Bar No. 00786465
    myoung@som.law.net
    Sanders, O'Hanlon & Motley PLLC
    111 South Travis Street
    Sherman, Texas 75090
    Telephone:  (903) 892-9133
    Fax:  (903) 892-4302

    Attorneys for Defendant
    GoDaddy.Com, Inc.


By:    /s/  Bijal V. Vakil
    Bijal V. Vakil
    California Bar No. 192878
    bvakil@whitecase.com
    Shamita D. Etienne-Cummings
    California Bar No. 202090
    setienne@whitecase.com
    White & Case LLP
    3000 El Camino Real
    Five Palo Alto Square 9th Floor
    Palo Alto, California 94306
    Telephone: 650-213-0300
    Fax: 650-213-8158

    Robert Christopher Bunt
    Texas Bar No. 00787165
    rcbunt@pbatyler.com
    Parker, Bunt & Ainsworth, PC
    100 East Ferguson, Suite 1114
    Tyler, Texas 75702
    Telephone:  (903) 531-3535
    Fax:  (903) 533-9687

    Attorneys For Defendants Iron Mountain Incorporated and Iron Mountain Information Management, Inc.

By:    /s/ Greg H. Parker
    Greg H. Parker
    Texas State Bar No. 24011301
    greg.parker@hittgaines.com
    Heidi H. Parker
    Texas State Bar No. 24013295
    heidi.parker@hittgaines.com
    Hitt Gaines, P.C.
    P. O. Box 832570
    Richardson, Texas  75083
    Telephone: (972) 480-8800
    Fax: (972) 480-8865

    Attorneys for Defendant Nirvanix, Inc..

By:    /s/ Thomas Jacks
    Scott A. Meyer
    Texas State Bar No. 24013162
    smeyer@chalkerflores.com
    Thomas G. Jacks
    Texas State Bar No. 24067681
    tjacks@chalkerflores.com
    Chalker Flores, LLP
    14951 N. Dallas Parkway, Suite 400
    Dallas, TX  75254
    Telephone: (214) 866-0001
    Fax: (214) 866-0010

    Attorneys for Defendant Officeware Corp. d/b/a FILESANYWHERE.COM

- 8 -

By:    /s/ Frederick S. Berretta
Frederick S. Berretta
California Bar No. 144757
fred.berretta@kmob.com
KNOBBE, MARTENS, OLSON &
BEAR, LLP
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000
Facsimile: (858) 707-4001

Attorneys for Defendant Pro Softnet
Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 1st day of December, 2011.

                                                /s/ Theodore G. Baroody