## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **Oasis Research, LLC,** | |
| Plaintiff, | **Civil Action No. 4:10cv435-MHS-ALM** |
| v. | **JURY TRIAL DEMANDED** |
| **AT&T Corp.,** *et al.*, | |
| Defendants. | |

## ORDER GRANTING OASIS RESEARCH, LLC'S MOTION FOR CLARIFICATION

Before the Court is Plaintiff's Motion for Clarification of Order Granting Motion for Protective Order (D.I. 315). Upon consideration of the Motion, it is hereby ORDERED that Plaintiff's motion is GRANTED.

The Court hereby clarifies that the following language is to be stricken from paragraph 35 of the Stipulated Protective Order (D.I. 315):

> Neither will any Outside Counsel for Oasis Research, LLC that has reviewed any Defendant's Designated Material prosecute any re-examination of the patents-in-suit ('354 Patent, '228 Patent, '943 Patent, and '051 Patent), or communicate with or otherwise assist reexamination patent counsel or agents with respect to any such re-examinations for the same time period.

IT IS SO ORDERED.