# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10cv435 |
| | § | (Judge Schneider/Judge Mazzant) |
| ADRIVE LLC, ET AL. | § | |

## ORDER

Pending before the Court is Oasis Research, LLC's Motion for Clarification of Order Granting Motion for Protective Order (D.I. 315) (Dkt. #316). On December 1, 2011, the parties filed a Joint Stipulation for Entry of Protective Order (Dkt. #314). On December 2, 2011, the Court entered the Stipulated Protective Order (Dkt. #315).

It is hereby **ORDERED** that Defendants shall file a response to Oasis Research, LLC's Motion for Clarification of Order Granting Motion for Protective Order (D.I. 315) (Dkt. #316) on or before December 12, 2011.

**IT IS SO ORDERED.**
**SIGNED this 5th day of December, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE