**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **OASIS RESEARCH, LLC,** | |
| **Plaintiff,** | **Civil Action No. 4:10-cv-00435-MHS-ALM** |
| **v.** | **JURY TRIAL DEMANDED** |
| **ADRIVE LLC, et al.,** | |
| **Defendants.** | |

## PLAINTIFF'S NOTICE OF DISCLOSURE

Plaintiff Oasis Research, LLC files this Notice pursuant to Local Rule CV-26(c), and states that pursuant to Fed. R. Civ. P. 26(a)(1) and the First Amended Scheduling / Docket Control Order (D.I. 205), Oasis Research, LLC served its Damages Disclosures on December 19, 2011.

DATED:   December 19, 2011

Respectfully submitted,

*/s/ Tamir Packin*
John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmaraisllp.com
Alan S. Kellman (admitted *pro hac vice*)
akellman@desmaraisllp.com
Tamir Packin (admitted *pro hac vice*)
tpackin@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401

*Lead Counsel for Plaintiff*
*OASIS RESEARCH, LLC*

James C. Tidwell
Texas State Bar No. 20020100
jct@wtmlaw.net

1

WOLFE, TIDWELL & McCOY, LLP
320 N. Travis Street, Suite 205
Sherman, Texas 75090
(903) 868-1933
(903) 892-2397

*Local Counsel for Plaintiff*
*OASIS RESEARCH, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing document was filed electronically on this 19th day of December, 2011 in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.


 */s/ Tamir Packin*
Tamir Packin