# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10cv435 |
| | § | (Judge Mazzant) |
| AT&T CORP., ET AL. | § | |

### ORDER APPOINTING THE HONORABLE DAVID FOLSOM AS SPECIAL MASTER FOR SETTLEMENT NEGOTIATIONS

Based upon the large number of parties involved and the overall complexity of this litigation, it is hereby **ORDERED:**

Former U. S. District Chief Judge David Folsom is appointed under the provisions of Federal Rule of Procedure 53 (hereafter "Rule 53") as a special master to direct, manage, and facilitate settlement negotiations among the parties in the above captioned case.

The Special Master shall have the rights, powers, and duties provided in Rule 53 and may adopt such procedures as not inconsistent with that rule or with this or other orders of the Court. The Special Master is directed to proceed with all reasonable diligence to complete the tasks assigned by this order.

The Special Master shall be allowed to engage in ex parte conversations with counsel for the parties in conjunction with the settlement negotiations. The Special Master shall not engage in ex parte discussions with the Court except as to the procedural status of the settlement negotiations.

The Special Master shall be compensated at his normal and customary hourly rate for multi-party ADR work done pursuant to this order and shall be reimbursed for all reasonable expenses incurred. The parties are hereby directed to try to agree on a division of the Special

Master's compensation.  In the event the parties are unable to agree, the Special Master will resolve the division of his compensation.

The Clerks' office is hereby **ORDERED** to direct all correspondence with the Special Master to:

>Hon. David Folsom
>18 Brittan Place
>Texarkana, Texas  75503
>Telephone:  (903) 277-7303
>E-Mail:  david_folsom@aol.com

In accordance with Rule 53(b)(1), the parties are advised that this appointment shall become effective upon the seventh day from today's date, absent written objections from any party.

**SIGNED this 23rd day of March, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE