# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Oasis Research, LLC, | |
| Plaintiff, | Civil Action No. 4:10cv435-MHS-ALM |
| v. | JURY TRIAL DEMANDED |
| AT&T CORP., et al, | |
| Defendants. | |

## ORDER DENYING DEFENDANTS' EMERGENCY MOTION TO STAY THE CASE PENDING THE COURT'S RULINGS ON THE PARTIES' MOTIONS TO TRANSFER

Before the Court is Defendants' Emergency Motion to Stay the Case Pending the Court's Rulings on the Parties' Motions to Transfer. Having considered Defendants' Motion, the Opposition thereto, and the entire record herein, it is hereby ORDERED that Defendants' Emergency Motion to Stay the Case Pending the Court's Rulings on the Parties' Motions to Transfer is DENIED.

SIGNED this 23rd day of May, 2012.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE