**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| OASIS RESEARCH, LLC, | ) CIVIL ACTION NO. 4:10-cv-00435-ALM |
| | ) consolidated with: |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 4:12-CV-00525-ALM |
| v. | ) |
| | ) CIVIL ACTION NO. 4:12-CV-00526-ALM |
| ADRIVE, LLC., *et al.*, | ) |
| | ) CIVIL ACTION NO. 4:12-CV-00528-ALM |
| Defendants. | ) |
| | ) CIVIL ACTION NO. 4:12-CV-00529-ALM |
| | ) |
| | ) CIVIL ACTION NO. 4:12-CV-00531-ALM |
| | ) |

JURY TRIAL DEMANDED

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO SERVE RESPONSIVE EXPERT REPORTS AND OF THE EXPERT
DISCOVERY DEADLINE**

---

The Court has considered the briefing of the parties and has decided to grant the motion.

It is hereby ORDERED that the Scheduling Order dated March 23, 2012 (Dkt. No. 358), as amended by the Order Granting Unopposed Motion to Amend Case Schedule dated May 16, 2012 (Dkt No. 368) is amended as follows:

| PRETRIAL EVENTS | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Parties to designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B) | September 12, 2012 | September 24, 2012 |
| Expert discovery must be completed by this date | October 4, 2012 | October 12, 2012 |

**SIGNED this 30th day of August, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE