**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § | |
| Plaintiffs, | § § | Case No. 4:10-CV-00435-ALM consolidated with |
| v. | § § | Case No. 4:12-CV-00525-ALM |
| ADRIVE, LLC, ET AL, | § § | Case No. 4:12-CV-00526-ALM |
| Defendants. | § § § § | |

**EMC CORPORATION, DECHO CORPORATION, AND CARBONITE, INC.'S**

**NOTICE OF FOURTH REVISED OBJECTIONS TO EXHIBIT C TO PRETRIAL**

**ORDER**

Defendants EMC Corporation, Decho Corporation, and Carbonite, Inc. hereby notify the Court of their filing of a notice of fourth revised objections to exhibit C to the Joint Final Pretrial Order for Inventorship Trial (Dkt. No. 681).

| | |
|---|---|
| Dated: March 13, 2013 | Respectfully Submitted,<br>*/s/ Chris R. Ottenweller* |

Chris R. Ottenweller
California Bar No. 73649
cottenweller@orrick.com
I. Neel Chatterjee
California Bar No. 173985
nchatterjee@orrick.com
Bas de Blank
California Bar No. 191487
basdeblank@orrick.com
Jacob A. Snow
California Bar No. 270988
jsnow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Eric H. Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Attorneys for Defendants
EMC Corporation and Decho Corporation

Dated: March 13, 2013    _/s/ Kevin Littman_____
Matthew Lowrie (pro hac vice)
mlowrie@foley.com
Kevin M. Littman (pro hac vice)
klittman@foley.com
FOLEY & LARDNER LLP
111 Huntington Ave
Boston, MA 02199
Telephone: 617-342-4000
Fax: 617-342-4001

Andy Tindel
Texas Bar No. 20054500
atindel@andytindel.com
Andy Tindel, Attorney & Counselor at Law, P.C.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903-596-0900
Fax: 903-596-0909
ATTORNEYS FOR DEFENDANT CARBONITE, INC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was file electronically in compliance with Local Rule CV-5(a). As such, this notice of was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this date, March 13, 2013.

*/s/ Chris R. Ottenweller*
Chris R. Ottenweller

| | |
|---|---|
| John M. Desmarais<br>Alan Kellman<br>Tamir Packin<br>Dmitriy Kheyfits<br>Desmarais, LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212-351-3400<br>Fax: 212-351-3401<br>Email: oasisadriveservice@desmaraisllp.com<br><br>ATTORNEYS FOR PLAINTIFF OASIS RESEARCH, LLC | James C. Tidwell<br>Wolfe, Tidwell & McCoy, LLP<br>32 N. Travis, Suite 205<br>Sherman, TX 75090<br>Telephone: 903-868-1933<br>Fax: 903-892-2397<br>Email: jct@wtmlaw.net<br><br>ATTORNEY FOR PLAINTIFF OASIS RESEARCH, LLC |
| Matthew Lowrie<br>mlowrie@foley.com<br>Kevin M. Littman<br>klittman@foley.com<br>FOLEY & LARDNER LLP<br>111 Huntington Ave<br>Boston, MA 02199<br>Telephone: 617-342-4000<br>Fax: 617-342-4001<br><br>ATTORNEYS FOR DEFENDANT CARBONITE, INC. | Andy Tindel<br>atindel@andytindel.com<br>PROVOST UMPHREY LAW FIRM, L.L.P.<br>112 East Line Street, Suite 304<br>Tyler, TX 75702<br>Telephone: 903-596-0900<br>Fax: 903-596-0909<br><br>ATTORNEY FOR DEFENDANT CARBONITE, INC. |