# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC | § | |
| | § | |
| v. | § | Cause No. 4:10-CV-435 |
| | § | |
| CARBONITE, INC., et. al. | § | |

## VERDICT OF THE JURY

### QUESTION ONE

Did Defendants prove by clear and convincing evidence that any of the following patents are invalid for failure to add one or more co-inventors?

Answer "Yes" or "No" for each of the following:

'354 Patent: _Yes_

'228 Patent: _Yes_

'943 Patent: _Yes_

'051 Patent: _Yes_

If you answered "Yes" to any part of Question One, proceed to Question Two.

If you answered "No" to all parts of Question One, proceed no further. The jury foreperson should sign and date the verdict form and return it to the Court Security Officer.

1

## QUESTION TWO

If you answered "Yes" to a patent in Question One, identify which person was proven to be a co-inventor of that patent:

'354 Patent:

    Jack Byrd: ✓

    Donald Atwood: _____

    Charles "Chuk" Campos: _____

'228 Patent:

    Jack Byrd: ✓

    Donald Atwood: _____

    Charles "Chuk" Campos: _____

'943 Patent:

    Jack Byrd: ✓

    Donald Atwood: _____

    Charles "Chuk" Campos: _____

'051 Patent:

    Jack Byrd: ✓

    Donald Atwood: _____

    Charles "Chuk" Campos: _____

Proceed no further. The jury foreperson should sign and date the Verdict From and return it to the Court Security Officer.

_3/22/13_             _[signature]_

Date                                    Foreperson