# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC | § | |
| | § | |
| | § | CIVIL ACTION No. 4:10cv435 |
| | § | consolidated with |
| | § | |
| | § | CIVIL ACTION No. 4:12cv525 |
| v. | § | Judge Mazzant |
| | § | |
| CARBONITE, INC. | § | |

## <u>ORDER RESETTING TRIAL</u>

The Court hereby resets the first trial of this case as follows:

| | |
|---|---|
| September 11, 2015 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case.

Provide court with two copies of Exhibit list in Microsoft Word format. Absent agreement of the parties, this should not have exhibits which were not listed in the Final Pretrial Order, but may have some deletions depending on rulings on objections. |
| September 21, 2015 | 9:00 a.m. Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |

**SIGNED this 7th day of May, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE