FILED: **9/16/15**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: EMC CORPORATION, DECHO CORP.,**
*Petitioners*

---

2015-151

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 4:10-cv-00435-ALM, Judge Amos L. Mazzant III.

---

**ON PETITION**

---

PER CURIAM.

**O R D E R**

EMC Corporation and Decho Corp. ("EMC") submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its August 28, 2015 order requiring EMC to produce allegedly privileged materials. EMC also submits a motion to stay production of the documents pending this court's review of the mandamus petition.[*]

---

[*] The motion was previously filed as a document within an appeal, 2015-2018. It appears that the docket-

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Oasis Research, LLC is directed to respond to the petition and motion no later than September 22, 2015. Any reply is due no later than September 24, 2015.

(2) The order requiring production of the documents is temporarily stayed, pending this court's consideration of the petition and motion.

(3) No later than September 18, 2015, EMC shall provide to this court, for *in camera* review, one paper copy of all documents that EMC must produce in accordance with the August 28, 2015 order. That paper copy shall be treated as sealed, shall not be entered into cm/ecf, and shall not be served on opposing counsel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8

---

ing of an appeal was likely in error. By copy of this order, the clerk is directed to file that motion within this mandamus petition case.