IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § | |
| Plaintiff, | § § | Case No. 4:10-CV-00435-ALM consolidated with |
| v. | § § | Case No. 4:12-CV-00525-ALM |
| CARBONITE, INC., | § § | Judge Mazzant |
| Defendant. | § § § | |

## STIPULATION OF DISMISSAL

Plaintiff Oasis Research, LLC and Defendant Carbonite, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of all claims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

A proposed order is attached.

Dated: November 6, 2015

*/s/ Tamir Packin*

John M. Desmarais *(admitted pro hac vice)*
jdesmarais@desmaraisllp.com
Alan S. Kellman *(admitted pro hac vice)*
akellman@desmaraisllp.com
Jonas McDavit *(admitted pro hac vice)*
jmcdavit@desmaraisllp.com
Tamir Packin *(admitted pro hac vice)*
tpackin@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Lead Counsel for Plaintiff*
*OASIS RESEARCH, LLC*

James C. Tidwell
Texas State Bar No. 20020100
jct@wtmlaw.net
WOLFE, TIDWELL & MCCOY, LLP
320 N. Travis, Suite 205
Sherman, Texas 75090
(903) 868-1933 (Telephone)
(903) 892-2397 (Facsimile)

*Local Counsel for Plaintiff*
*OASIS RESEARCH, LLC*

*/s/ ___Kevin M. Littman_* _____
Kevin M. Littman
Matthew B. Lowrie
Beth I. Z. Boland
Joseph H. Jolly
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Telephone: (617) 342-4000
Fax: (617) 342-4001
BOST-File-Carbonite-OasisResearch@foley.com; BOST-F-Carbonite-RICO@foley.com

Andy Tindel (Texas Bar No. 20054500)
MT2 Law Group
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903-596-0900
Fax: 903-596-0909
atindel@andytindel.com

*Counsel for Defendant*
*CARBONITE, INC.*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, pursuant to Local Rule CV-5(a)(3)(A), the foregoing document was served on all counsel who have consented to electronic service on November 6, 2015.

Dated: November 6, 2015

*/s/ Tamir Packin*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OASIS RESEARCH, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CARBONITE, INC.,<br><br>     Defendant. | Case No.  4:10-CV-00435-ALM<br>consolidated with<br><br>Case No. 4:12-CV-00525-ALM<br>Judge Mazzant |

## ORDER

Came for consideration before the Court is the Parties' Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  On consideration, it is ORDERED that all of Oasis Research, LLC's claims and counterclaims against Carbonite, Inc. are DISMISSED WITH PREJUDICE and all of Carbonite, Inc.'s claims and counterclaims against Oasis Research, LLC are DISMISSED WITH PREJUDICE.

It is further ORDERED that each party is to bear its own attorneys' fees, expenses, and costs.

Having no more open cases consolidated under this case, the Clerk of Court shall close this case and the consolidated cases.

IT IS SO ORDERED.