IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § | |
| Plaintiff, | § § | Case No. 4:10-CV-00435-ALM consolidated with |
| v. | § § | |
| CARBONITE, INC., | § § | Case No. 4:12-CV-00525-ALM Judge Mazzant |
| Defendant. | § § § § | |

**ORDER**

Came for consideration before the Court is the Parties' Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). On consideration, it is ORDERED that all of Oasis Research, LLC's claims and counterclaims against Carbonite, Inc. are DISMISSED WITH PREJUDICE and all of Carbonite, Inc.'s claims and counterclaims against Oasis Research, LLC are DISMISSED WITH PREJUDICE.

It is further ORDERED that each party is to bear its own attorneys' fees, expenses, and costs.

Having no more open cases consolidated under this case, the Clerk of Court shall close this case and the consolidated cases.

IT IS SO ORDERED.
**SIGNED this 6th day of November, 2015.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE